IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stenson Tamaddon LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>United States Internal Revenue Service, et al.,<br><br>　　　　　Defendants. | No. CV-24-01123-PHX-SPL<br><br>**ORDER** |

　　　　Plaintiff filed a Motion for Preliminary Injunction on May 30, 2024 (Doc. 14).[1] Unless otherwise stipulated, the response and reply deadlines provided in Local Rule of Civil Procedure 7.2 shall apply.

　　　　Dated this 4th day of June, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The motion does not include an emergency request for a Temporary Restraining Order.