IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stenson Tamaddon LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>United States Internal Revenue Service, et al.,<br><br>            Defendants. | No. CV-24-01123-PHX-SPL<br><br>**ORDER** |

Before the Court is Plaintiff's Unopposed Motion (Doc. 20), in which they request an extension of time for Plaintiff to file a Reply to the Motion for Preliminary Injunction and leave to exceed the page limit (Doc. 14). Having considered this first request,

**IT IS ORDERED** that the Stipulation (Doc. 20) is **granted**. Plaintiff shall have until **June 28, 2024**, to file a Reply to the Motion for Preliminary Injunction.

**IT IS FURTHER ORDERED** that the Reply to the Motion for Preliminary Injunction shall not exceed fifteen (15) pages in length.

Dated this 17th day of June, 2024.

Honorable Steven P. Logan
United States District Judge