IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stenson Tamaddon LLC, | No.  CV-24-01123-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| United States Internal Revenue Service, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Preliminary Injunction (Doc. 14). Accordingly,

**IT IS ORDERED** that a Preliminary Injunction Hearing is set for **July 16, 2024, at 9:00 a.m.**, before the Honorable Judge Steven P. Logan, United States District Judge, in the Sandra Day O'Connor United States Courthouse, located at 401 West Washington Street, Phoenix, Arizona 85003, 5th Floor, Courtroom 501.

**IT IS FURTHER ORDERED** that the parties shall file a Joint Notice by **June 28, 2024**, indicating whether the motion may be decided on the briefing and argument of counsel alone.

Dated this 18th day of June, 2024.

Honorable Steven P. Logan
United States District Judge