Peter A. Arhangelsky, Esq. (SBN 025346)
Peter.Arhangelsky@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Rd.
Suite 800
Phoenix, AZ 85016
Ph: (602) 445-8017
*Attorney for Plaintiff Stenson Tamaddon, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stenson Tamaddon, LLC<br><br>                     Plaintiff,<br>     v.<br><br>United States Internal Revenue Service; et al.,<br><br>                     Defendants. | Case No. 2:24-cv-01123-SPL<br><br>**JOINT NOTICE RE MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hon. Steven P. Logan |

   Pursuant to the Court's June 21, 2024 Order [Dkt. 22], Plaintiff Stenson Tamaddon, LLC and Defendants the United States of America, United States Department of Treasury, Daniel Werfel, and Janet Yellen, hereby submit this Joint Notice regarding the Plaintiff's Motion for Preliminary Injunction

   The parties agree that Plaintiff's Motion for Preliminary Injunction [Dkt. 14] may be decided on the briefing and argument of counsel alone.


DATED:  June 28, 2024.

Respectfully submitted,

By:   */s/ Peter A. Arhangelsky*
      Peter A. Arhangelsky, Esq. (SBN 025346)
      GREENBERG TRAURIG, LLP
      Em: peter.arhangelsky@gtlaw.com
      *Attorney for Plaintiff Stenson Tamaddon, LLC*


  /s/
Amy Matchison
U.S. Department of Justice – Tax Division
Em: Amy.T.Matchison@usdoj.gov
*Attorney for Defendants United States of America, Department of Treasury, Daniel Werfel, and Janet Yellen*

### ATTESTATION OF FILER

I attest that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.


Dated: June 28, 2024.            */s/ Peter A. Arhangelsky*
                                                         Peter A. Arhangelsky