# EXHIBIT H

# Congress of the United States
## Washington, DC 20515

June 20th, 2024

Commissioner Danny Werfel
Internal Revenue Service
1111 Constitution Avenue NW
Washington DC, 20224

Dear Commissioner Werfel

We are writing today regarding severe delays in the processing of the Employee Retention Credit (ERC). Small businesses and non-profits across the country faced significant financial and operational hardships due to the COVID-19 pandemic and pandemic-era restrictions forced upon them by government authorities. Considering these challenges, Congress created the ERC to help employers keep employees on staff. Despite having filed for the credit, employers across the country have yet to receive the relief they were promised.

On Sept. 14, 2023, the IRS implemented a moratorium on processing new claims. The IRS's efforts to combat fraud within the ERC are commendable as it is imperative to prevent fraud and abuse from succeeding. However, the backlog of claims continues to grow as claims continue to be filed on top of those still waiting to be processed from the months before the moratorium was instituted.

While we understand the concerns of illegitimate claims, we are concerned the IRS's efforts to combat fraud will disproportionately impact small businesses. The ERC was created to incentivize small businesses struggling during the pandemic, and now we are hearing stories of businesses who must close because they can no longer sustain their business while waiting to receive relief.

The IRS's failure to process claims in a timely manner has not only burdened small businesses and non-profits but increases government payments through interest on the claims. With interest being retroactive to the original filing dates, the interest costs only accrue higher each month the claim remains unpaid. The total government cost of interest on these delayed claims is now estimated to be in the billions.

# Congress of the United States
## Washington, DC 20515

We strongly urge you to streamline the auditing process and focus your efforts on processing legitimate ERC claims while efficiently targeting fraud and abuse. Small business owners and non-profits placed their trust and livelihoods in this program, and we must not leave these drivers of economic growth behind. Thank you for your consideration of this request.

Sincerely,

_____
Rob Wittman
Member of Congress

_____
Bob Good
Member of Congress