Case 2:24-cv-01123-SPL   Document 31   Filed 07/19/24   Page 1 of 1

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

FOR COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1. NAME | Christopher N. Moran, Esq. |
| 2. PHONE NUMBER | (410) 244-7604 |
| 3. DATE | July 19, 2024 |
| 4. FIRM NAME | Venable LLP |
| 5. MAILING ADDRESS | 750 East Pratt Street, Suite 900 |
| 6. CITY | Baltimore |
| 7. STATE | MD |
| 8. ZIP CODE | 21202 |
| 9. CASE NUMBER | 2:24-cv-01123 |
| 10. JUDGE | Steven P. Logan |
| 11. DATES OF PROCEEDINGS | 7/16/2024 |
| 12. | N/A |
| 13. CASE NAME | Stenson Tamaddon, LLC v. I.R.S. |
| 14. CITY | Phoenix |
| 15. STATE | Arizona |

**16. ORDER FOR**
- [ ] APPEAL
- [x] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Hearing | 7/16/2024 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30-Day (Ordinary) | [ ] | [ ] | |
| 14-Day Transcript | [ ] | [ ] | |
| 7-Day (Expedited) | [ ] | [ ] | |
| 3-Day Transcript | [ ] | [ ] | |
| Next-Day (Daily) | [x] | [ ] | |
| 2-Hour (Hourly) | [ ] | [ ] | |
| Realtime Transcript | [ ] | [ ] | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
- [ ] PAPER COPY
- [x] PDF (e-mail)
- [ ] ASCII (e-mail)

E-MAIL ADDRESS: cnmoran@venable.com

**CERTIFICATION (19. & 20.)** By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE: *Christopher N. Moran* (signed)

20. DATE: July 19, 2024

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

TRANSCRIPT TO BE PREPARED BY: 
ESTIMATE TOTAL:
ORDER RECEIVED | DATE | BY
PROCESSED BY | PHONE NUMBER
DEPOSIT PAID
TRANSCRIPT ORDERED | TOTAL CHARGES
TRANSCRIPT RECEIVED | LESS DEPOSIT
ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED
PARTY RECEIVED TRANSCRIPT | TOTAL DUE

DISTRIBUTION: COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY