IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Stenson Tamaddon LLC , | ) | No.  CV- 24-01123-PHX-SPL |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| United States Internal Revenue | ) | |
| Service, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

Before the Court is the parties' Joint Stipulation (Doc. 30), in which they move for an extension of the deadline for Defendants to file an answer to the Complaint. Having considered this first request,

**IT IS ORDERED** that the Joint Stipulation (Doc. 30) is **granted**. Defendants United States Internal Revenue Service, et al. shall have until August 23, 2024, to file an answer to the Complaint and otherwise respond as provided by Rule 12 of the Federal Rules of Civil Procedure.

Dated this 22nd day of July, 2024.

Honorable Steven P. Logan
United States District Judge