DAVID A. HUBBERT
Deputy Assistant Attorney General

AMY MATCHISON
KENTON MCINTOSH
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone:    (202) 307-6422
                     (202) 514-3768
Fax:             (202) 307-0054
Email:    Amy.T.Matchison@usdoj.gov
             Kenton.McIntosh@usdoj.gov
             Western.Taxcivil@usdoj.gov

*Attorneys for United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stenson Tamaddon, LLC, | )<br>) Case No. 2:24-cv-01123-SPL |
| Plaintiff, | )<br>) |
| v. | ) **SUBMISSION OF CERTIFIED**<br>) **ADMINISTRATIVE RECORDS** |
| | ) |
| United States Internal Revenue Service;<br>the United States of America; United<br>States Department of Treasury; Daniel<br>Werfel, in his official capacity as<br>Commissioner of the U.S. Internal<br>Revenue Service; and Janet Yellen, in<br>her official capacity as Secretary of the<br>Treasury, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

The United States of America, on behalf of the named defendants, provides this Submission of Certified Administrative Records. The Administrative Record for the Moratorium, certified by Douglas W. O'Donnell, is attached to this Submission as

Exhibits 1–8. The Administrative Record for Internal Revenue Service Notice 2021-20, certified by Lynne A. Camillo, is attached to this Submission as Exhibits 9–11.

Pursuant to the Court's September 18, 2024 Order, ECF No. 37, the United States of America will also send the Court via Federal Express, for overnight delivery, a paper copy of this Submission with its exhibits on Monday, October 7, 2024.

DATED this 4th of October, 2024.

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Kenton McIntosh*
KENTON MCINTOSH
Trial Attorney, Tax Division
U.S. Department of Justice