Peter A. Arhangelsky, Esq. (SBN 025346)
Peter.Arhangelsky@gtlaw.com
GREENBERG TRAURIG, LLP
2375 E. Camelback Rd.
Suite 800
Phoenix, AZ 85016
Ph: (602) 445-8017
*Attorney for Plaintiff Stenson Tamaddon, LLC*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stenson Tamaddon, LLC<br><br>                    Plaintiff,<br>   v.<br><br>United States Internal Revenue Service; et al.,<br><br>                    Defendants. | Case No. 2:24-cv-01123-SPL<br><br>**JOINT REPORT ON SETTLEMENT DISCUSSIONS**<br><br>Hon. Steven P. Logan |

Plaintiff and Defendants, by counsel and pursuant to the Court's Order in Dkt. 37, hereby certify that the parties conferred in good faith to discuss options to narrow the issues in controversy. Those discussions did not end in a global resolution, but did aid in the reduction of issues in dispute. The parties have concurrently filed a joint stipulation for partial dismissal of Counts IV and V in the Plaintiff's Complaint.

DATED: December 17, 2024.

1

Respectfully submitted,

By: */s/ Peter A. Arhangelsky*
Peter A. Arhangelsky, Esq. (SBN 025346)
GREENBERG TRAURIG, LLP
Em: peter.arhangelsky@gtlaw.com
*Attorney for Plaintiff Stenson Tamaddon, LLC*


DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Amy Matchison*
AMY MATCHISON
Trial Attorney, Tax Division
U.S. Department of Justice
*Attorneys for the United States of America*


ATTESTATION OF FILER

I attest that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.


Date: December 17, 2024         */s/ Peter A. Arhangelsky*
                                Peter A. Arhangelsky

GREENBERG TRAURIG
2375 EAST CAMELBACK ROAD, SUITE 800
PHOENIX, ARIZONA 85016
(602) 445-8000