IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stenson Tamaddon, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>United States Internal Revenue Service, et al.,<br><br>　　　　　　Defendants. | No. CV-24-01123-PHX-SPL<br><br>**ORDER** |

Before this Court is the parties' Stipulation to Dismiss Counts IV and V (Doc. 41), in which they jointly seek dismissal of Counts IV and V of the Complaint filed in this action (Doc. 1 at ¶¶ 147–83). Upon consideration of the stipulation,

**IT IS ORDERED** that the Stipulation for Partial Dismissal (Doc. 41) is **granted**.

**IT IS FURTHER ORDERED** that Counts IV and V of the Complaint are **dismissed from this action without prejudice**, with each party to bear its own costs and attorneys' fees.

Dated this 17th day of December, 2024.

　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　United States District Judge